IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COURTNEY BYRD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:14cv-996-WC |
| LANICE BONDS, | ) |
| Defendant. | ) |

# JUDGMENT

Pursuant to the Joint Stipulation of Dismissal with Prejudice (Doc. 49) filed by the parties, it is

ORDERED, ADJUDGED, AND DECREED that this cause is DISMISSED with prejudice, with each party to bear its own costs.

The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 12th day of January, 2017.

/s/ Wallace Capel, Jr.
UNITED STATES MAGISTRATE JUDGE